IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WASHINGTON,** *ET AL.*,<br><br>　　*Plaintiffs,*<br><br>　v.<br><br>**MCDONALD'S USA, LLC,** *ET AL.*,<br><br>　　*Defendants.* | Case No. 4:21-cv-367<br><br>Judge Benita Y. Pearson |
| **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** ||

  Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fees.

 Respectfully submitted,

| | |
|---|---|
| */s/ Ashlie Case Sletvold* | */s/ Amy C. Andrews (per consent)* |
| Ashlie Case Sletvold | Patricia Brown Holmes |
| Jessica Savoie | Amy C. Andrews |
| PEIFFER WOLF CARR KANE & CONWAY, LLP | RILEY SAFER HOLMES & CANCILA LLP |
| 1422 Euclid Avenue, Suite 1610 | 70 W. Madison Street, Suite 2900 |
| Cleveland, Ohio 44115 | Chicago, Illinois 60602 |
| (216) 260-0808 (telephone) | (312) 471-8700 (telephone) |
| (504) 608-1465 (fax) | (312) 471-8701 (fax) |
| asletvold@peifferwolf.com | pholmes@rsch-law.com |
| jsavoie@peifferwolf.com | aandrews@rshc-law.com |
| | |
| Joseph C. Peiffer | Loretta E. Lynch |
| Kevin P. Conway | Susanna M. Buergel |
| David M. Abdullah | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| PEIFFER WOLF CARR KANE & CONWAY, LLP | 1285 Avenue of the Americas |
| 1519 Robert C. Blakes Sr. Drive | New York, New York 10019 |
| New Orleans, Louisiana 70130 | (212) 373-3000 (telephone) |
| (504) 523-2434 (telephone) | (212) 757-3990 (fax) |
| (504) 608-1465 (fax) | lelynch@paulweiss.com |
| jpeiffer@peifferwolf.com | sbuergel@paulweiss.com |
| kconway@peifferwolf.com | |
| dabdullah@peifferwolf.com | |

*Counsel for Plaintiffs/Counter-Defendants*

James R. Wooley
Tracy K. Stratford
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 579-7345 (telephone)
(216) 579-0212 (fax)
jrwooley@jonesday.com
tkstratford@jonesday.com

*Counsel for Defendants/Counter-Claimant*