PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| HERBERT L. WASHINGTON, *et al.*, | ) |
| | ) CASE NO. 4:21CV367 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| MCDONALD'S USA, LLC, *et al.*, | ) |
| | ) **ORDER OF DISMISSAL** |
| Defendants. | ) |
| | ) |

The parties jointly stipulate to dismiss the action with prejudice, each party to bear its own costs and fees. ECF No. 67. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the matter is so dismissed.

IT IS SO ORDERED.

December 17, 2021  /s/ Benita Y. Pearson
Date  Benita Y. Pearson
  United States District Judge